THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEOPHILUS WARD against THE COUNTY COURT OF KINGS COUNTY, Respondent.

Submitted November 17, 1941; decided November 27, 1941.

*Theophilus Ward*, in person, for motion.

*William O'Dwyer*, District Attorney (*Henry J. Walsh* of counsel), opposed.

Motion denied upon the ground that it does not appear that any appeal can be taken to this court.